IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TORI WRIGHT,  )
 )
    Plaintiff,  )
 )
v.  )  CASE NO. CV419-025
 )
INTERNATIONAL LONGSHOREMEN'S  )
ASSOCIATION LOCAL NUMBER 1414,  )
 )
    Defendant.  )
 )

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21ˢᵗ day of July 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA