AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Tori Wright

Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-125

International Longshoremen's Association Local Number 1414

Defendant

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 21, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, this case is dismissed without prejudice. This action stands closed.



| July 21, 2020 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03